**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION**

| | | |
|---|---|---|
| CARLA JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-2181 |
| | ) | |
| RAILCREW XPRESS, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendant hereby removes this case from the District Court of Johnson County, Kansas, to this Court. Defendant states the following in support of this Notice of Removal:

**I.      BACKGROUND AND PROCEDURAL HISTORY.**

1.      Plaintiff Carla James commenced this action on February 3, 2020, in the District Court of Johnson County, Kansas, by filing a Petition styled *Carla James v. Railcrew Xpress*, Case No. 20CV00619 (the "State Court Action").

2.      By agreement, the Summons and Petition were served on Defendant, Railcrew Xpress, LLC on March 16, 2020.

3.      Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders received by Defendant in the State Court Action are attached as **Exhibit A**.

4.      In her Petition, Plaintiff alleges that Defendant:

a.      Retaliated against her in violation of the Fair Labor Standards Act ("FLSA") for participating in a FLSA investigation conducted by the U.S. Department of Labor ("DOL");

b. Discriminated against her based on her age (over 40) in violation of the Age Discrimination in Employment Act ("ADEA");

c. Discriminated against her based on purported disability in violation of the Americans with Disabilities Act Amendments Act ("ADAAA"); and

d. Retaliated against her in violation of the ADAAA.

5.    This Notice of Removal is timely filed because it is filed within 30 days after Defendant was served with the Summons and Petition. 28 U.S.C. § 1446(b).

## II.    APPROPRIATE VENUE & NOTICE REQUIREMENT.

6.    Venue is proper in this Court because this case was originally filed in the District Court of Johnson County, Kansas (Tenth District), which lies within this judicial district and court division. 28 U.S.C. §§ 96, 1446(a); L.R. 81.1(b)(1).

7.    In accordance with 28 U.S.C. § 1446(d), Defendant will promptly file a copy of the Notice of Removal with the Clerk of the District Court of Johnson County, Kansas, and simultaneously provide written notice of the filing of this Notice of Removal to Plaintiff as reflected by the Certificate of Service.

## III.    JURISDICTION.

9.    All four claims asserted in Plaintiff's Petition are civil claims brought pursuant to federal laws—specifically, the FLSA, ADEA, and ADAAA.

10.    Accordingly, this is a civil action over which the Court has original jurisdiction and removal is proper because all of Plaintiff's asserted claims arise under federal law. 28 U.S.C. §§ 1331, 1441(a).

## IV.    NON-WAIVER OF DEFENSES

11.    By removing this action from the District Court of Johnson County, Kansas, Defendant does not waive any defenses available to it.

12.     By removing this action from the District Court of Johnson County, Kansas, Defendant does not admit to any of the allegations made in Plaintiff's Petition.

## V.      CONCLUSION

For the foregoing reasons, Defendant hereby requests this Court take jurisdiction over the above-captioned action because it is properly removed from the District Court of Johnson County, Kansas.

Respectfully Submitted,

*/s/ Jeannie M. DeVeney*
Jeannie M. DeVeney, Kan. Bar No. 17445
Whitney L. Fay, Kan. Bar No. 27566
LITTLER MENDELSON, P.C.
1201 Walnut Street, Suite 1450
Kansas City, MO 64106
Telephone:      (816) 627-4400
Facsimile:      (816) 627-4444
jdeveney@littler.com
wfay@littler.com

ATTORNEYS FOR DEFENDANT

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 6, 2020, a true and correct copy of the foregoing was electronically submitted via the Court's e-filing system, which generated notice of same to the following counsel of record:

    Brooke Davids
    TGH Litigation LLC
    Kevin A. Graham
    Graham Law Group
    brooke@tghlitigation.com
    kevin@grahamlg.com

    ATTORNEYS FOR PLAINTIFF

                              */s/ Jeannie M. DeVeney*
                              ATTORNEY FOR DEFENDANT